USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FRANCISCO DE DIOS DE LOS SANTOS
and LUIS VICTORIANO DE JESUS,

                            Plaintiffs,

        -against-                                    22-CV-10774 (PAE) (KHP)

SHREE LAXMI RESTAURANT, INC. d/b/a                    **ORDER**
SWAGAT RESTAURANT; ABISHEK SHARMA;
and LALA R. SHARMA,

                            Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the July 26, 2023 Case Management Conference:

       Any Rule 30(b)(6) deposition of Defendant restaurant shall occur by **Thursday, August 31, 2023**. Plaintiffs shall cooperate in narrowing the topics for the Rule 30(b)(6) deposition where appropriate. The parties shall consider whether the use of contention interrogatories would be more efficient and less expensive than a Rule 30(b)(6) deposition.

       By **Wednesday, August 2, 2023**, Defendants shall inform Plaintiffs whether they consent to Plaintiffs' filing of an amended complaint. In the event Defendants do not consent, Plaintiffs' motion for leave to file an amended complaint is due on **Monday, August 21, 2023**. Defendants' opposition is due on **Thursday, September 21, 2023**. Plaintiff's reply is due on **Friday, September 29, 2023**. Plaintiff is not required to file a reply.

       **SO ORDERED.**

DATED:     New York, New York
              July 27, 2023

                                                                     _/s/ Katharine H. Parker_
                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge