

**CATHOLIC MIGRATION SERVICES**

August 31, 2023

**By ECF**
Hon. Katharine H. Parker, U.S. Magistrate Judge
U.S. District Court for the Southern
    District of New York
500 Pearl Street
New York, NY 10007

Re: *De Dios De Los Santos, et al. v. Shree Laxmi Restaurant, [Inc.]*
    Plaintiffs' Motion for Defendants' Production of Tax Re[turns in Advance of September 6,]
    2023 Settlement Conference

> Defendants shall file a response to this letter motion no later than **Tuesday, September 5, 2023 at 11:00 a.m.** so that the Court can issue a ruling in advance of the conference, or alternatively produce the requested documents.
>
> SO ORDERED:
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 9/1/2023

Dear Judge Parker:

    Catholic Migration Services, together with the Law Office of Robert D. McCreanor, PLLC, represent Plaintiffs Francisco De Dios De Los Santos and Luis Victoriano De Jesus in the above captioned matter. We write to request that the Court order the Defendants to produce their tax returns in advance of the Settlement Conference scheduled for September 6th.

    During the July 26 Case Management Conference, the Court instructed the Defendants to produce their tax returns to Plaintiffs in advance of the September 6 settlement conference. As discussed at that time, the need for such disclosure is due to the Defendants' repeated insistence that they cannot afford to satisfy a judgment if the Plaintiffs prevail in this matter. To date, the Defendants have produced only corporate tax returns for 2020 and 2022. They have not produced the tax returns of the individual defendants Abishek Sharma and Lala Sharma. It is critical for Plaintiffs to understand the financial position of the individual defendants when considering whether to adjust their settlement demands. It is our understanding that one or both individual defendants own and operate three other restaurants and a catering business. The income from such ventures, and other possible income, is not included in the corporate tax returns of Defendant Shree Laxmi Restaurant, Inc.

    Plaintiffs therefore respectfully request that Defendants be ordered to produce, not later than 5:00 PM on Tuesday September 5th: (1) the tax return of Shree Laxmi Restaurant, Inc. for 2021; (2) the tax returns of Defendant Abishek Sharma for 2020-2022; and (3) the tax returns of Defendant Lala Sharma for 2020-2022. A Protective Order is already in place in this matter. Doc. No. 33.

                                        Respectfully Submitted,

                                        /s/ David A. Colodny
                                        David A. Colodny, Esq.
                                        *Counsel for Plaintiffs*