# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2023
```

## GLANSTEIN LLP
Counselors at Law

711 Third Avenue – 17th Floor
New York, New York 10017
Tel: (212) 370-5100
Fax: (212) 697-6299

www.glansteinllp.com

October 30, 2023

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court – Southern District of New York
500 Pearl Street  – Courtroom 17D
New York, NY 10007

    Re:  Defendants' First Request to Adjourn Discovery and Case Management Conference in *De Dios De Los Santos et al. v. Shree Laxmi Restaurant, Inc. et al.* Case No. 22-CV-10774 (PAE)(KHP)

Dear Judge Parker:

    This firm is counsel to the Defendants Shree Laxmi Restaurant Inc., d/b/a Swagat Restaurant, Abishek Sharma, and Lala R. Sharma (hereinafter "Defendants") in the above referenced matter.  This letter is to request an adjournment of the in-person discovery and case management conference presently scheduled before you on Wednesday November 1, 2023 at 10:30am, or alternately that this conference be held by telephone.  This is the first request for an adjournment of this conference.  Plaintiffs' counsel consents to the conference being conducted by telephone rather than in person, and also does not oppose adjournment if a telephone conference is not feasible.

    The reason for this request is that earlier this month my father and partner Joel C. Glanstein, Esq., was hospitalized for a week.  While he has been discharged, he still requires ongoing medical treatment including throughout this week due to a worsening of his condition.

    Due to the substantial burden this situation has placed on my time in the past few weeks, I have been unable to take further actions with Defendants or to confer further with Plaintiffs' counsel about the remaining unresolved issues between the parties which I outlined in my October 16th status letter to the court.   I still hope those issues can be resolved without further court intervention if additional time is granted to the parties.  I

hope to be able to re-focus my full attention to this matter shortly and also well before our settlement conference scheduled before you on December 6th at 10:00am.  Thank you for your attention to this request.

                                Sincerely,

                                /s/ *David M. Glanstein*
                                David M. Glanstein

**APPLICATION GRANTED:**  The  Case Management Conference scheduled <u>for</u> <u>Wednesday, November 1, 2023, at 10:30 a.m. in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY</u>  is hereby rescheduled to <u>Thursday, November 16, 2023 at 4:15 p.m.</u>

APPLICATION GRANTED

*[signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

10/31/2023