USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FRANCISCO DE DIOS DE LOS SANTOS
and LUIS VICTORIANO DE JESUS,

                    Plaintiffs,

-against-          22-CV-10774 (PAE) (KHP)

SHREE LAXMI RESTAURANT, INC. d/b/a         **ORDER**
SWAGAT RESTAURANT; ABISHEK SHARMA;
and LALA R. SHARMA,

                    Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the November 16, 2023 Case Management Conference:

The discovery deadline is extended to **Tuesday, January 16, 2024** for the purpose of conducting party depositions. The parties are directed to cooperate in good faith to get depositions scheduled as promptly as possible.

By **Friday, November 24, 2023**, Defendants shall inform Plaintiffs whether they will withdraw their good faith defense, and if Defendants do not withdraw their defense, shall provide to Plaintiffs the legal justification for the defense including citation to case law. In the event Defendants do not withdraw the defense and the parties cannot reach agreement regarding appropriate discovery as to this defense through the meet and confer process, the parties shall file a joint letter by **Friday, December 15, 2023**, succinctly summarizing the dispute so that the Court can resolve it.

       SO ORDERED.

DATED:      New York, New York             *Katharine H. Parker*
            November 17, 2023              KATHARINE H. PARKER
                                                             United States Magistrate Judge