GLANSTEIN LLP
Counselors at Law

711 Third Avenue – 11th Floor
New York, New York 10017
Tel: (212) 370-5100

www.glansteinllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/12/2026

**APPLICATION GRANTED:** The Case Management Conference scheduled for Monday, August 10, 2026 at 3:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Monday, Septemeber 14, 2026, at 2:00 p.m. Defendant parties/representatives must be present with defense counsel for this case management conference

APPLICATION GRANTED
Katharine H Parker
Hon. Katharine H. Parker, U.S.M.J.
07/12/2026

July 10, 2026

**VIA ECF**

Hon. Katherine Parker
United States Magistrate Judge
United States District Court – Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re: Defendants' Letter Requesting an Adjournment of the Case Management Conference Scheduled in *Dios De Los Santos et al.* v. *Shree Laxmi Restaurant, Inc. et al.* Case No. 22-CV-10774 (PAE)(KHP)
Our File No. 200-469(D)

Dear Judge Parker:

This firm was counsel to the Defendants Shree Laxmi Restaurant Inc. d/b/a Swagat Restaurant, Abishek Sharma, and Lala Sharma (hereinafter "Defendants") in the above referenced matter. There is presently a case management conference regarding Plaintiffs' recent motion for a default judgment made pursuant to the terms of the parties' Settlement Agreement approved by you on February 1, 2024. In accordance with your Individual Rule of Practice 1.c., I hereby request an adjournment until September 2026 of that conference for the following reasons. This is the Defendants' first such request. I contacted Plaintiffs' counsel regarding this request on July 1 and they have not objected.

My firm has ceased representing the Defendants, who are presently seeking new counsel, and as such they require additional time for that attorney to become familiar with this matter. In any case, even if I were continuing as their attorney for post-judgment proceedings I am not available to attend the case management conference scheduled for August 10 at 3pm. This is because I am travelling outside of New York from August 6th through 11th in order to (1) present an arbitration case in South Florida before Arbitrator Allan H. Weitzman on Friday August 7th, and (2) speak at a conference on Jekyll Island, Georgia on Monday April 10th concerning Service Contract Act and

attendant state and local prevailing wage law compliance. Since multiple people are involved in both of those events they cannot be easily rescheduled.

Thank you for your attention to this request.

Respectfully submitted,

/s/ *David M. Glanstein*
David M. Glanstein
Counsel for Defendants

Cc: Robert D. McCreanor, Esq.
Benjamin Locke, Esq.
Counsel for the Plaintiffs (via ECF)