LAW OFFICE OF ROBERT D. McCREANOR, P.L.L.C.
245 SAW MILL RIVER ROAD
SUITE 106
HAWTHORNE, NY 10532
(845) 202 1833
www.rdmclegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 09/14/2026

November 30, 2023

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

09/14/2026

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court – Southern District of New York
500 Pearl Street – Courtroom 17D
New York, NY 10007

Re: *De Dios De Los Santos et al. v. Shree Laxmi Restaurant, Inc. et al.,* No. 22-cv-10774 (KHP)

Dear Magistrate Judge Parker,

I, along with my co-counsel Catholic Migration Services, represent the Plaintiffs in this matter and write to inform the Court that as of this morning the Plaintiffs are in receipt of all funds owed to them by Defendants pursuant to the settlement agreement previously approved by your Honor. The payments received from Defendants to date include the amounts that were originally scheduled to be paid in January 2027 and which would have been subject to acceleration owing to Defendant's default as set forth in Plaintiff's most recent submission to the Court. Therefore, Plaintiff's pending motion (ECF Dkt. 57) is moot and the conference scheduled for this afternoon is unnecessary. Plaintiffs thank the Court for its attention to this matter which is now resolved.

Respectfully submitted,

/s/ Robert McCreanor

Attorney for Plaintiffs